Before STATE INDUSTRIAL BOARD, Respondent. MARY JANE LAYMAN, Claimant, Appellant, v. BALTIMORE AND OHIO RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon the authority of *Sparone* v. *General Electric Co.* (203 App. Div. 273).

Before STATE INDUSTRIAL BOARD, Respondent. MARGARET R. MILLER, Claimant, Respondent, v. ROCHESTER GAS AND ELECTRIC CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

THE PARK & POLLARD Co., Respondent, v. J. IRVING SEWELL, Appellant.— Judgment unanimously affirmed, with costs. Hasbrouck, J., not sitting.

In the Matter of the Application of WILLIAM H. DIDSBURY and Others for a Certiorari Order against the PUBLIC SERVICE COMMISSION.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER STODDARD, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHERN FINANCE CORPORATION v. WALTER W. LAW, JR., and Others, as and Constituting the State Tax Commission of the State of New York.— Determination confirmed, with fifty dollars costs and disbursements, on the opinion in *Matter of Standard Oil Co.* v. *Law* (205 App. Div. 531), decided herewith. All concur, except H. T. Kellogg, Acting P. J., dissenting on his opinion in the case above referred to; Hasbrouck, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. VIOLA SARLI (SALLY), Claimant, Respondent, v. PETER GIANAKOUROS and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GERTRUDE SHEEHAN, Claimant, Appellant, v. VILLAGE OF PELHAM and Another, Respondents.— Decision unanimously affirmed, without costs.

E. A. STROUT FARM AGENCY, INC., Respondent, v. EUGENE DE FOREST, Appellant.— Judgment and order reversed on the ground that the verdict is excessive, and new trial granted, with costs, unless the plaintiff stipulates to reduce the verdict to $500, in which event the judgment is so modified and as modified judgment and order affirmed, without costs to either party in either court. All concur.